UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIAMOND YOUNG, and those individuals similarly situated (see attached) | CIVIL ACTION NO. |
| | SECTION |
| VERSUS | |
| UNITED STATES OF AMERICA | JUDGE |

_____

## COMPLAINT FOR DAMAGES

The complaint of the plaintiffs named in the attachment respectfully represents:

1.

This action arises under 28 U.S.C. § 2671 et seq., and this Court has jurisdiction of this matter under 28 U.S.C. § 1346.

2.

Plaintiffs are persons of legal age and citizens of the state of Louisiana, domiciled in Tangipahoa Parish, Louisiana, the same being within the Eastern District of Louisiana; the plaintiffs are listed individually at the end of this complaint.

3.

Made defendant herein is the United States of America.

4.

The plaintiffs all owned homes, businesses and other property in the general vicinity of the Tangipahoa River, near Robert, Louisiana, in Tangipahoa Parish.

5.

When the State of Louisiana decided to construct Interstate Highway 12, it contracted with the United States Geological Survey (the USGS), and agency located within the Department of the Interior of the United States government, to locate and design bridge openings on the highway.

6.

The USGS submitted two reports to the State of Louisiana relating to the design of the bridge openings. The first was a hydrology study, in which it determined the discharge of water, expressed in cubic feet per second, that the bridge openings would be exposed to. This was based on a historical analysis of previous floods and rainfall events.

7.

The second report dealt with bridge hydraulics, or how the flood waters would be affected by the bridge as the waters flowed through and past it. This type of study normally includes a "backwater study," which expresses the height and elevation the water would be expected to reach as it flowed through and past the bridge.

8.

The USGS failed to use reasonable care in preparing and rendering these two reports. It had these two studies performed by field technicians rather than engineers, which is inappropriate for a project of this magnitude and with such significant potential effects. In the hydrology study, the technician ignored significant historical rainfall and flood events, resulting in an anticipated maximum flooding event that was smaller than floods that had occurred in the past. Furthermore, the bridge hydraulic study failed to include any backwater study in designing the height, width and location of the bridge openings of the highway.

9.

The floodplain of the Tangipahoa River in the area crossed by Interstate Highway 12 is over six thousand feet wide. As a result of its negligently prepared reports, the USGS recommended a design in this area that blocked seventy-eight percent of that flood plain with an elevated dirt embankment. The highway was ultimately built in accordance with the USGS design, and it continues to exist in the same manner to the present day, so that the negligence of the USGS constitutes a continuing tort.

10.

On April 5, 1983, a major rain event occurred in southeast Louisiana in the area drained by the Tangipahoa River. As the water moved downstream, it encountered the three small openings in Interstate Highway 12, and it began to back up as it could not move through those openings as quickly as it accumulated. The flooding was so severe that much of the water ultimately drained through the entirely separate Big Branch flood plain.

11.

The sole cause of plaintiffs' damages was the aforementioned negligence of the USGS, which the plaintiffs herein did not discover until some time after February 8, 2006.

12.

Under these circumstances, the persons responsible for the design of the bridge openings, if they were private persons, would be liable to the plaintiffs for their damages resulting from the flood.

13.

As a result of this event, the plaintiffs' homes, businesses and other properties were flooded, causing them to suffer economic losses consisting of damage to their property and, in some

instances, businesses, as well as mental anguish as a result of these losses.  Plaintiffs estimate their economic damages are ONE MILLION DOLLARS ($1,000,000.00) each and their mental anguish damages are ONE MILLION DOLLARS ($1,000,000.00) each.

14.

On February 8, 2008, plaintiffs presented their claims in writing to the USGS through the United States Department of the Interior for damages arising from the collision in the amount of TWO MILLION DOLLARS ($2,000,000.00) each.  On April 1, 2011, the Department issued a letter denying the claims, thereby entitling plaintiffs to bring this suit.

WHEREFORE, plaintiffs pray that, after due proceedings are had, there be judgment in their favor and against the defendant, the United States of America, in the sum of TWO MILLION AND NO 00/100 DOLLARS ($2,000,000.00) per plaintiff, together with interest and costs related to this action.

    Respectfully submitted by
    Attorneys for Plaintiffs:

    **DUÉ, PRICE, GUIDRY, PIEDRAHITA**
       **& ANDREWS**
    (A Professional Association-Not A Partnership)

/s/ Byard "Peck" Edwards       /s/ Donald W. Price
Byard "Peck" Edwards, Bar Roll #5282      Donald W. Price, Bar Roll #19452, T.A.
902 C.M. Fagan Drive, Suite G      8201 Jefferson Highway
Hammond, LA  70403      Baton Rouge, LA  70809
Telephone:  (985) 902-7514      Telephone:  (225) 929-7481
Facsimile:  (985) 902-7515      Facsimile:  (225) 924-4519

ATTACHMENT

DIAMOND YOUNG, ELIZABETH BALDWELL, JUDY BALDWELL, EARL KEITH BARDWELL, EDWARD BIGNER, SR., RITA MAE BIGNER, CHARLES BRATTON, GARY W. BROWN, BRIAN M. CARROLL, DORIS E. CHUSTZ, EARLINE COOPER, ANDY L. COSGROVE, SR., CINDY D. COSGROVE, CLAIRE COSGROVE, EDWARD E COSGROVE, KARLA R. COSGROVE, KATINA M. COSGROVE, WADE WILLIAM HANNA, JR., WILLIAM WADE HANNA, SR., JEANNE M. HANN, HEIDI H. HIGGINS, ROBERT A. HOLMES, MELODY A. HOTARD (BARDWELL), MARY C. HOWLEY, RUSSELL T. HOWLEY, CARL N. HYDE, GERTIE W. HYDE, JAMES J. KINCHEN, LYDIA A. KINCHEN, GLENN KLEIN, RANDY KLEIN, DOROTHY W. LAVIGNE, FRED L. LAVIGNE, GLEN T. LAVIGNE, HOLLIE SMITH LEMMON, DANNY LESAICHERRE, EUGENIA LESAICHERRE, JOSEPH R. LESAICHERRE, JESSIECA A. BARDWELL, HOLLY A. HYDE, SHANE YOUNG, JACKIE LYNN MANTON, PAULA SOLES MATHEWS, BOBBY H. MCBRIDE, JR., BOBBY MCBRIDE, SR., LINDA MCBRIDE, RUSSELL MCBRIDE, JOAN DIANE MOULEDOUS, RUBY R. MOUNCE, CHRIS W. NOVAK, MIKE A. NOVAK, SUSAN L. NOVAK, BRAD OCHSNER, CONNIE OCHSNER, KENNETH A. OCHSNER, MARK OCHSNER, CLAUDE PHELPS, SYBIL PHELPS, LEO SCOTT POCHE, JR., EARL J. POCHE, SR., BARRY O. POWELL, SR., JOANNE POWELL, VALOMOND J. SIBLEY, JOHNNY SOLES, TRILBY H. SOLES, VIOLA SWIFT, CAROL P. VITTER, ROBERT VITTER, JERREL WELLS, RUSSEL JAMES WILSON, JEANIE YOUNG, MILDRED CANNINO, SHIRLEY BAILEY, MYRTLE BARDWELL, ROBERT A. BARDWELL JR., SHERYL BARNES, PATRICIA W. BAUERS, VIRGINIA A. BAUERS, GEORGE A. BENNETT, APRIL DRUDE BERTHELOT, JAMES BEVERLY, MELANIE BLACKWELL, AUSTELENE M. BRATTON, BONNIE D. BROWN, WARREN BROWN, DAVID BYERS, REBECCA BYERS, JOSEPH CANNINO, GWENDOLYN CAPLES, BRIAN CLAUSEN, EDWIN CLAUSEN, MARVIN COCHRAN, TAMSY COCHRAN, DEBRA D. DALAUNE, LAWRENCE J. DRUDE, JR., BRADLEY J. DRUDE, DEBBIE DRUDE, FRAN DRUDE, BRENDA FOSTER FAULKNER, RITA HOYT, VANESSA H. HOUT, GUY LEANDER JOINER, JAMES H. KINCHEN, MARY KINCHEN, GALE P. KORNBREK, ALISA LAVIGNE, CATHY LESAICHERRE, FRANK B. LESAICHERRE, JEFFREY P. LESAICHERRE, RYAN LESAICHERRE, JACKIE LORIO, LOUIS LORIO, NANCY BARDWELL BAKER, JASON M. BYERS, LAWRENCE DRUDE, III, PAUL FOSTER, SUSAN FOSTER, KAYE B. HENDRIX, BRANDON PERRIN, CRYSTAL J. PORTIER, LINDA MATTHEWS, OTTIS K. MATTHEWS, BETTY GENEVA MCCRORY, BRIAN MCCRORY, DANIELLE MCCRORY, FRITZ H. MCCRORY, AUSTIN L. MILTON, CECILIA MULKY, MARY BETH NOVAK SMITH, ANNETTE NOVAK, RONALD D. NOVAK, JOHN OVERMIER, ALBERT PERRIN, CAROL W. PERRIN, DALE J. PERRIN, DARRELL PERRIN, STEPHANIE PERRIN, SHEILA PLAISANCE, DARREN K. POCHE, JEANNE M. POCHE, LORAINE POCHE, MICHAEL W. POCHE, ROBERT POCHE, VINCENT POCHE, ANNIE MAE PORTIER, JOSEPH A. PORTIER, MILTON J. PORTIER, JR., OLIVIA PREVOST, DONALD PREVOST, KIMBERLY RODRIGUEZ, REBECCA THOMPSON SCOTT, DONALD SHERIDAN, KAREN SHERIDAN, LINDA SHERIDAN, SUSAN O. SICARD, CARL R. SMITH, DOREEN ROBERT SMITH, LAURA S.

STAUB, ELSIE TAYOR, KENNETH A. TAYLOR, JR., MARY TAYLOR, BRIDGET WATSON, CURSTIS W. WOOD, BRISCOE S. BROWN, SR., MARY BETH NOVAK SMITH, KATHY ACOSTA, RAY J. BABIN, IRIS R. BENNET BROWN, JOE A BENNETT, JR., DAWN C. BUSH, CYNTHIA BYERS, CLYDE T. CORNEILLE, DELMER M. CORNEILLE, CYNTHIA MARIE DELATTE, GLENN E. DRUDE, SR., RITA DRUDE, HILDA FLETCHER, KEVLIN L. FLETCHER, RUBY FLETCHER, WILLIAM FLETCHER, DONNIELLE D. GATES, GERALDINE E. GATES, GERALDINE E. GATES, JAMES D. GATES, RONALD HEBERT, LOUISE HOTARD, WINFIELD HOTARD, HARMON LAVIGNE, JACK T. LEE, MANDY G. CEFALU, WAYMON H. COCHRAN, WENDEL CORNEILLE, TREY K. SIBLEY, CATHERINE TURNER, ALONZO W. MCCRORY, SR., PAULA D. MCCRORY, JOAN MCLIN PREVOST, CHARLES MEYERS, JAMES MENONA, SARA MORROW, ENA OLIVER, JOHN PALMER, TRACEY PERRY, DANNY D. PREVOST, SR., ROBERT R. RAIFORD, JOHN ROBERTSON, LEVI E. ROBERTSON, LYDIA ROBERTSON, MITZI ROBERTSON, APRIL SHARP, JANIS SHERIDAN, FRANCES MEYERS SHORT, DAVID C. SIBLEY, FRANCES SNIDER, PAUL J. STEVENS, JR., THERESA STEVENS, VIOLET STEVENS, TOMMY TUCKER, KENNETH W. TURNER, SR., BELINDA TURNER, MINNIE WALLACE, DOROTHY WIGGINS, ARTHUR N. ZIMMER, III, CHRISTOPHER T. ZIMMER, LOUISE R. ZIMMER, CHERYL ADDISON, BRANDY BENNETT, JOY BENNETT, VICKI BENNETT, SANDRA KILBURN BIAMONTE, MICHAEL W. BIGNAR, SR., ANNA G. BIGNAR, MURIEL BONNETTE, BILLY F. BOURN, BILLY B. BOURN, JR., DARLENE J. BOURN, HARVEY BOURN, THOMAS BRUMFIELD, PAMELA BURROUGHS, BRYAN JOSEPH CLEMENT, SR., GLEN CLEMENT, THERESA COLLINS, CHARITY COOPER, GARY COOPER, LOLA COOPER, PURN J. COOPER, SR., LYDIA MARIE COSGROVE, JOYCE CRYER, CAROL DOMINGUEZ, LLOYD DOMINGUEZ, MAURELLA R. EFFLER, MAURICE EFFLER, WANDA SUE EFFLER, DEBRA SLATON FRY, BECKY GRANGER, BRANDON GRANGER, JULES L. GRANGER, MARK J. GRANGER, SCHONA GRAVES ROBERTSON, REGINA GRIFFIN, LORI WELLS GUTHRIE, BRIDGET HALL, RACHEL D. HARRIS PEIPER, CATHY HAVEL, PEARL HOWES, PHOEBE JENKINS, ARTHUR ROY JOINER, DAWN JOINER, KATHLEEN C. JOINER, SPRING JOINER, LESLIE J. JOINES, LILIAN JONES, JENNIFER LABOURDETTE, PAM G. LAMONTE WHORTON, SHANA MCCLEE LANGE, DARNELL S. LANGER FARMER, JOANN LAVIGNE, REBECCA LEE, TONY LOCICERO, JR., EDWARD BIGNER, JR., BRIENNE BROWN, LACEY JEAN BROWN, BRENDA HARRIS, JEREMIAH JACOB, NICHOLE E. MAYEUX, SHAWN MCLEE, BUD ROBERTSON, SUANNE ROBERTSON, CHERE SAIZAN SLATON, CAROL R. SMITH, JR., BRIAN L. THOMPSON, WILLIAM B. WILLIS, KENNETH P. MATTHEWS, DEBRA A. MAYEUX, THOMAS E. MAYEUX, TRACY A. MAYEUX, LISA MCBUNCH, TINA MCLEMORE, BOBBIE MENONA, MISTY J. MILLETT, JAMES W. OLIPHANT, SR., ROBERT A. PARKER, JR., ROBERT A. PARKER, SR., FRANCES P. PARKER, ANGEL PEARSON, BEN PEIPER, DANIEL M. PEIPER, TERRI PEIPER, PEGGY J. POCHE MCCASKELL, JEREMY J. POCHE, BRENDA H. PROVOST, KIRK PREVOST, DEBORAH ROBERTSON, SHANE D. ROBERTSON, SHERRY R. SASSER STAMPER, STEPHANIE SCHULTE KILBURN,  AMY SIBLEY, TROY SIBLEY, OSCAR I. SLATON, JR., NORMA J. STAMPER, BELINDA STANGA, STEPHEN M. STARKEY, ANNETTE TAYLOR, DARREN S. TAYLOR, REBECCA EFFLER TAYLOR, RICHARD TAYLOR, RENE E. TERRAL, III, RENE E. TERRAL, JR., MARIK REID,

SHARON MORSE RIBANDO, DALE H. ROBERTSON, PAMELA ROBINSON SANCE, RUBY B. SANCE, CHERYL SANSOME MORSE, JAMIE G. SHERIDAN, MOLLY I. SIBLEY, DALLAS SKELETON, RICHARD J. SIDER, ANNIE SOLES, CHAD R. STEWART, KRISTINE STEWART, MARGARET M. STEWART, ROBERT W. STEWART, LORI K. STOGNER, JOE V. TALLO, IV, MARY I. TALLO, WANDA WADLINGTON, CYNTHIA DOMINGUEZ WAGNER, KEITH WAGNER, JAMES L. WATKINS, MELANIE WATKINS, SONJA I. WELLS, KATHY WHANN, JAMES V. WILSON, JR., JAMES V. WILSON, SR., MARION J. WILSON, SHARON LEE, BRANDON BLOUNT, SANDRA BOE, MAXINE W. CHILDRESS, STEPHEN CHILDRESS, IGNATIA CHRISTIANA, MARY H. COOPER, JOHNNY COUSAIN, JR., JUDY COUSAIN, BOBBIE JO CREEKMORE, BOBBY S. CREEKMORE, PAMELA DENNIS, COY O. DUNAWAY, ELAINE DUNAWAY, PATSY K. DUPUIS LEBLANC, PATRICIA ANN FLINT, TOBY H. FLINT, SHARON GRADY COUSAIN, CONNIE SUE GUELDNER, MELISSA JACOB, WENDY JOINER, HARRY L. LAVIGNE, JR., HARRY LAVIGNE, HAZEL LAVIGNE, MILTON R. LEE, RICHARD LEE, SUSAN J. LIPSCOMB, THEO E. LIPSCOMB, III, MILDRED BENNET LUCKETTE, JULIE BENNETT, MELANIE CLEMENT BICKHAM, AMY BURLESON HALL, DONNA GARRICK, JESSIE GARRICK, JANICE JACOB, JOSEPH LIPSCOMB, TAMMY MOORE MEYERS, KIMBERLY MONTGOMERY SNIDER, ZANE MOORE, LOUIS MORSE, WESLEY MURPHY, BRANDIE PALMER, BETTY M. PONCE GARRICK, JEFFREY REID, TAMMY REID, CHARLES MAHL, PATSY MAHL, BETTY MILTON, CLIFF MOORE, RUTH MOORE, CANDI MORSE, DENNIS MORSE, DOYLE MORSE, MILDRED MORSE, RICKY MORSE, SR., JOY M. NICHOLAS, ALTON OCHSNER, JOHN R. PALMER, SAMUEL PARKER, SR., LEAH A. PARKER, ELIZABETH L. POCHE, HOLLIS H. POCHE, ROSE POWELL, SANDY PREVOST, JOSEPH R. RIED, SR., LARMAE V. REID, VICTORIA Z. TERRAL, CYNTHIA J. TERREBONNE, CAROL S. VINING, KENNETH R. VINING, MARGARET WELLS, DIANE M. WHITTINGTON, JEFFREY J. WIGGINS, JR., MYRLE WIGGINS, JAMES W. WILLIS, LINDA WILLIS, IMELDA L. ZETTERBERG, RUBY ADDISON, SHARI AMERSON ROBERTSON, BRITT A. BANKSTON, ARTHUR BENNETT, ARTHUR RAY BENNETT, JR., CHARLES E. BENNETT, DANIEL BENNETT, KATHERINE R. BENNETT, KAREN BERGERON, CHARLES BLOUNT, RENEE S. BLOUNT, LISA BRAZELL, ANNA B. BRECKWOLDT, CHARLES W. BRECKWOLDT, CHRISTOPHER BRECKWORDLT, NANCY CLEMENT, PAUL R. DELAUNE, STEPHEN DELAUNE, MELISSA M. DESPAUX, CHARLES DOMINGUEZ, LORI DOMINGUEZ, MARK DOMINGUEZ, SHEILA DOMINGUEZ, BARBARA FIORELLO, JACOB M. FIORELLO, FITZMORRIS CHRISTA, CECILIA FLETCHER, JUDY A. GALLADORA, DARLA HIMMAUGH, ADRIANNE HOOD, JAMES HOOD, WILLIAM ISHEE, LARRY JACOB, JR., LARRY J. JACOB, SR., CAROL JACOB, EDWARD JACOB, IRIS R. MATTHEWS, TRAVIS D. MATTHEWS, WAYNE MCMORRIS, ARTHUR R. NEWMAN, FRANCES PARENT, DANIELLE PEOPLES, JAMES PEOPLES, JORDAN F. PERRY, JR., SHARRON PROKOP, EDWARD RILEY JR., LYNDA SEALS, LONNA SMITH, MELLANIE PADGETT SMITH, HELEN LINEICE WELLS, VANESSA PARENT LOFTON, BARBARA BAILEY GODINEZ, CARROLL DAVID BAILEY, SR., ELLIS L. ERNEST, DEBORAH A. FACIANE, RONALD J. FACIANE, JR., RONALD J. FACIANE, SR., AVERY NELL FENDALSON, GEORGE FENDALSON, CAROLYN HOLLAND, DOUGLAS JOHNSON, JASON FRED JOINER, COLLEN FACIANE BUTTERS, JENA LEE FACIANE

JOHNSON, ASHLEY JOINER MATHERNE, JOANIE O. POLK, DANIEL T. OCHSNER, MADELINE M. POCHE, BARBARA RAIFORD, ANTOINETTE H. RILEY, EDWARD F. RILEY, SR., ERIC M. RILEY, MARGARET RILEY, BLANCHE RYAN, ROBERT E. SEALE, JR., STEPHANIE SEALS, LARRY JAMES WILSON, PAULA POCHE WILSON, BONNIE STARKEY, DEBORAH KING, CHAD LEE, DONNA MERRITT, JACQUELINE C. MICHALCZYK, PETE MORSE, MARY NEWMAN, KATHLEEN NORRED, DORRIS D. OWENS, EMMETT E. OWENS, LACY OWENS, JOANN POCHE, JOANNE CREEKEMORE RICHARDSON, ELAINE C. ARWOOD, ELLA H. BEALL, CHESNEY BLOUNT, ESTORIA COUSAIN, CALVIN R. DAIX, CHERYL DAIX, MIKE ERNST, ROGER A. GUILDNER, BOBBY HYDE, JANICE HYDE, LARKIN JENKINS, III, JOANN JOHNSON, SIDNEY KRAEMER, CRYSTAL EFFLER, THEODORE MYERS, ODETTE DAIX PEA, BONNIE PERRIN, HELEN S. PERRIN, JOSEPH P. PERRIN, KEITH RAIFORD, GLENN ROBERTSON, PAULA LAVIGNE SINGER, PATRICIA L. WITTIE, RAE B. WITTIE, GAY STERKEN, RODNEY BAUERS, CORINE N. BEYL, BRADFORD CHUSTZ, KATRINA PADGETT CURRIER, CYNTHIA ANN GAINEY SEARS, JANICE GAINEY, AMBER BREE HICKS, DEBBIE HOLLAND, ELDON A. HOLLAND, JR., PEGGY JEAN JENRETTE, RICHARD ISAAC JENRETTE, DIANA KRAEMER CLARK, ERIC HOLLAND, NELDA J. HENRY, SONIA F. HENRY, TODD JOINER, KATHLEEN M. JONES, RONNIE COOPER, JESSE FIORELLO, BILLY RAY GUILDNER, SUSAN E. JACOB, PENNY M. KINCHEN, JESSICA RAIFORD, BRANDI ROBERTSON MOTT, ERIKA ROBERTSON, AARON ROBERT STILLEY, KENNETH MCCOY, BRIDGET PERRILLOUX, CARL W. PIERCE, CAROL A. PIERCE, DARENDA ROBERTSON DELAHOUSSAYE, SAMANTHA ROBERTSON FRIEDMAN, SHARON LESLIE SCHILLING DOMINGUEZ, DONALD O. SCHILLING, LOUIS R. WAGNER, III, ROBERT ANDRE LEE, CRYSTAL SOLES ARANYOSIM JASON CREEKMORE, LANA OWENS DATONE, HOWARD H. DOMINGUEZ, MARY K. DUPREE, JANICE FAIRBURN, PATRICIA FUSCIA, DEBORAH JENKINS, SHIRLEY P. JONES, CASSIE COOPER, MICHAEL W. DILLENKOFFER, JR., SANDY M. DILLENKOFFER, MISTY DUPRE, MICHELLE DUPREE, JOHN GONZALES, RICHARD MICHALCZYK, JENNIFER MICHALCZYK, JASON F. PERRY, JEFFREY R. POCHE, DOROTHY R. MARTIN, STEPHEN MATTHEWS, MELISSA POCHE MCCASKELL, CLIFFORD MCLIN, JR., DONALD S. GUELDNER, LARKIN JENKINS, JR., LESLIE JAMES JONES, JR., MELINDA LADNER, THOMAS LADNER, ALICE LEE, TAMMY M. LEE, JEFFREY P. LESAICHERRE, JR., ERNA LOGAN COUSAIN, DARLENE COUSAIN, JULIE FLETCHER, AMANDA D. LABOURDETTE CHILDRESS, SARAH E. LADNER, BRANDY MANCIL PETERSON CANTWELL, JOSHUA D. MORGAN, SCOTT STEWART, LARRY D. MATTHEWS, SR., BETTY E. MATTHEWS, MARY BETTY MCCOY, BARBARA MORGAN, WILLIAM L. MORGAN, JULIA PALAZZOLO, GEORGIA PETERSON, JEREMY P. PETERSON, RANDALL PETERSON, DEBRA LEE ROBERTSON, LISA SAVONA MCCOY, BRADLEY C. SIBLEY, DOUGLAS SKELTON, RICHARD I. STILLEY, SR., CRYSTAL A. STILLEY, JOSHUA STILEY, MARY STILLEY, RICHARD I. STILLEY, JR., BETTY WHITE, BRETT BENNETT, KIRK G. BOE, TOMMY W. COCHRAN, SULLIVAN COOPER, JR., LISA W. COOPER, CAROL R. DOMINGUEZ MEYERS, NORMA L. DOMINGUEZ, DIANE DOUCETTE JONES, CARRIE D. FLETCHER DOMINGUEZ, STACEY FLETCHER MYERS, DEBRA J. GUELDNER, BILLY CHASE GUILDNER, JOSEPH LIPSCOMB, BRANDI

MICHALCZYK, RICHARD MICHALCZYK, JR., WESLEY MURPHY, BETTY GARRICK POUCE, STEWART SCOTT, CARL SMITH, JR., NORRIS J. DELATTE, JR., ALMA GAY, HENRY B. GAY, ALBERT E. LEE, BOB ADAMS, BESSIE APRIL, MILTON BARDWELL, CHARLES KENNETH BAUERS, ROBBIE BEYL, EUNICE BOUDREAUX LADNER, FERN CHAMPLAIN, LELA COOPER, MILDRED COOPER, TAMMY DUPREE, DARLA EASLEY, RAY EASLEY, JUDGE WALLACE EDWARDS, THELMA FANNING, DOUGLAS FLETCHER, JEFFREY FUSCIA, LARRY FUSCIA, BEATRICE GUELDNER, CAMILLA GUSTAFFSON, JOYCE HEBERT, JOHN S. HENRY, ANITA IRWIN, SR., ELI JOINER, LLOYD WAYNE JOINER, LUTHER JOINER, ROSALIE JOINER, THELMA JOINER, WANDA S. JOINER, SHERYL MARTIN JONES, SYDNEY E. LAVIGNE, AMY LEBLANC, IVY LEBLANC, ALBERT LEE, ANN EDWARDS LEE, OLETA MORSE, SEAN MAYEUX, TRACY HOFFMAN MAYEUX, NICHOLE MAYEUX CANTORE, JENNIFER MICHALCZYK, KIMBERLY MONTGOMERY, JESSICA MORSE, RICKY MORSE, JR., CHARLES EDWIN MYERS, BILLY PAGE, JR., DANIELLE PEOPLES, KELVIN PIERCE, LANCE PIERCE, BEN PIPER, RACHEL PIPER, JEFFREY POCHE, JESSICA RAIFORD, MARGARET RILEY, ERICA ROBERTSON, SIMON ROBERTSON, SUZANNE ROBINSON, BRUCE SHERIDAN, JR., QUENTIN SHERIDAN, TREY SIBLEY, ARON STILLEY, BRIAN THOMPSON, HEATH WHANN, JOHN BRAUDEU WHANN, CHRISTOPHER WHORTON, SR., JEFFREY JAMES WIGGINS, JR., WILLIAM WILLIS, CELESTE DAIGLE, CHRISTOPHER DAIGLE, SUSAN JACOBS, JASON FRED JOINER, BRYAN JOSEPH CLEMENT, GLENN DRUDE, JR., KIMBERLY ANDREWS, KENNETH COOPER, II, MICHAEL DILLENKOFFER, JR., SANDY DILLENKOFFER, TRAMPUS EASLEY, ASHLEY JOINER, RACHEL PITRE, BRENNAN ROBERTSON, BUD ROBINSON, AMANDA SCALIA, AMBER GOYNESS, KRISTI VICARI, OLA WASHINGTON, SAMUEL WASHINGTON, STEVEN DOMINGUEZ, GUY JOINER, JOSEPH P. LUCAS, SHARON MILLER, GARY BUTEL, SHERI BUTEL, MELISSA BUTEL, VINCENT BUTEL, SUZZONE OCHSNER, DAVID OCHSNER, KIMBERLEY MCBRIDE, DIANE BUTEL, WENDELL CORNEILLE, MELANIE CLEMENT BICKHAM, WAYMON COCHRAN, RONNIE COOPER, CLAY DAIGLE, COLLEEN FACIANE, JENA FACIANE, JULIE FLETCHER, BRIDGETT HALL ANDERSON, AMY HALL, BOBBY ADAMS, JR., MILTON ADAMS, BRADLEY BARDWELL, CHARLES BARDWELL, MICHAEL BUGUAR, JR., BRIENNE BROWN, BRISCOE BROWN, JR., LACEY BROWN BURTON, TOMMY CAVES, JR., MANDY BROWN CEFELA, MONICA RUTH COLLIER, CASSIE COOPER, CHARITY COOPER, GARY COOPER, JASON CORNEILLE, MISTY DUPREE, DONNIELLE GATES, BILLY CHASE GUELDNER, JEREMIAH JACOBS, JASON JOINER, KIP C. LEBLANC, JOHN LAVIGNE, RUTHIE SIMMONS, KEITH TAYLOR, JACKIE COOPER, GEORGE M. FOURMAUX, AMBER GOYNES, CHRIS HARPER, FRANCIS LAVIGNE, KIMBERLY ANDREWS, AMOS BELIEW, WILLIAM BUTLER, TOMMY CAVES, EVELYN FLEMMING, LESTER HOOVER, THOMAS JACKSON, SIDNEY LEE, STANLEY MERRITT, ANTHONY VICARI, JASON VICARI, BRADLEY BARDWELL, CHARLES BARDWELL, JR., CHARLES M. BARDWELL, BUFORD D. FLETCHER, SHAWNTELL GUILLOT, STACY NORMAN, LARRY OWENS, CHAD TERRAL, ROBERT WHITTINGTON, DOROTHY CAVES, CAROLYN COOPER, KAREN COOPER, KENNETH J. COOPER, TONY COOPER, KENNY EVANS, RODNEY EVANS, BENDA O'RAGAN, WANDA RODRIGUE, ALLISON STANGA, BILLIE VICKNAIR

BARRINGER, JUDY DRUDE, ASHLEY MACALUSO, WILMA MURPHY, JOHN DILLON, KIMBERLY MATHIS, BENJAMIN MCCULLER, BILLY JOE MCCULLER, II, CARRIE VICARI, HAZEL JONES, DANNY A. KILBURN, RICHARD MICHALEZYK, GEORGE MILTON, SR., DONALD ANTHONY NICOLISI, MICHAEL LYNN PADGETT, ESTELLE POCHE, HOMER POCHE, CARLES SIBLEY, THELMA TAYLOR, JOANNE CATHERYN TURNER, ACHILLE ROQUES, ANNE ROQUES, AMOS BELIEU, PATRICK BURROUGHS, DANIEL COUSAIN, JOHN COUSAIN, TAMMY DELAUNE, SHELIA PREVOST DUKE, WAYNE GUELDNER, TERRENCE MAURICE HALL, WENDY WILSON KELLER, LESLIE MATTHEWS, TRAVIS MATTHEWS, SEAN MAYEUX, ELLIOT MENONA, JONATHAN MENONA, LAURIE OCHSNER, ALMA PALMER, WILLIAM PARSON, KAREN POWELL, DIANA RAIFORD, BARCLEY REYNOLDS, FRANK ROBERTSON, JR., LISA PREVOST ROMERO, JULIE POWELL ROZMAN, OSCAR SLATON, SR., KENNETH TAYLOR, JR., STEVE TERRAL, MELISSA TUCKER, NORMA TUCKER, HEATH WHOHN, JOHN BRANDON WHOHN, RODNEY ZIMMER, ALBERT BEYL, PAUL BEYL, PATRICIA CORNELL, STEVEN DOMINGUEZ, CRYSTAL EFFLER, THOMAS GAINEY, JR., BECKY GRANGER, GLORIA ISHEE, SCOTT ISHEE, SHANNON JOHNSON, SHAYNE JOHNSON, DAWN JOINER, KATHY JONES, LESLIE JONES, JR., REBECCA LARTIGUE, CYNTHIA LONGER, KIMBERLY MATHIS, IRIS MATTHEWS, KENNETH TURNER, JR., ROBIN BEYL, MARIE MURDOCH BEYL, ROBERT LAVIGNE, MARY FLORA TAYLOR, THEODORE G. GUELDNER, ELLA HANNA, LEON HANNA, JOHN HOOD, APRIL IRWIN, JR., LLOYD JOINER, DANIELLE KILBURN, RAYMOND F. LEE, FREDRICK MAHL, ARCHIE MATTHEWS, CINDY MORSE, RUSSELL DEAU MORSE, AUSTIN OCHSNER, SYLVIA OCHSNER, JOHN OLIVIER, SUZONNE OCHSNER, GARY PARENT, RAY POCHE, WINSTON RAY POCHE, EUNICE PREVOST, ELEANOR ROBERTSON, FRANK ROBERTSON, SR., ALBERT C. SAITA , PATSY SANDERS, JAMES B. SIBLEY, DAVID TERRAL, CHRISTINE THERESA VINING, WESLEY WALLACE, MARCUS YANKOVICH, EVELYN DICKERSON, VERNA MAE COOPER, WINONA ATHAS, MARIE BOURN, BOBBY CAPLES, VERNA CHILDERS, PAMELA COOPER, JULIA COUSAIN, CALVIN DAIX, SR., ROSELYNN TUCKER DAIX, CHARLES L. DOMINGUEZ, SR., ELIZABETH JENNIFER FLINT, CHARLES FOSTER, THOMAS GAINEY, SR., TIMMY GAINEY, EARNEST GUELDNER, MARGIE HOLLAND, ELEANOR MURPHY, JENNIE P. NEWMAN, LENA NICOLOSI, FAY OCHSNER, BILLIE OGLE, SANTO D. PALAZZOLA, THERESA S. PALMER, ALFRED PIEGTS, DOUGLAS PREVOST, GERALDINE PRIES, AGNES RAIFORD, ELLERY RAIFORD, DOUGLAS ROBERTSON, EDITH ROBERTSON, JAMES L. ROBERTSON, LEVI B. ROBERTSON, GAYLORD SANDERS, SUZANNE LIPSCOMBE SCHNELL, LAURENCE STAMPER, KENNETH PAT TAYLOR, KEVIN TAYLOR, ROBERT TRAYLOR, VIRGINIA TRAYLOR, DELVIN WELLS, JOSEPH WESLEY, CARL E. WHORTON, ALONZO MCCRORY, JR., LLOYD CARROLL, JR., ANTHONY CHRISTIANA, SR., TOMMY DICKERSON, KATIE

LARK, GORDON APRIL, ALICE BENNETT, GLENN BENNETT, BONNIE BEYL, ROGER BONNETTE, CHRISTOPHER BOURN, HILDA BRECKWODLT, DIANNE CHILDRESS, JAMES CHILDRESS, ELERY CLEMENT, III, JOHNNY COUSAIN, SR., BRIAN CHRISTOPHER CREEKMORE, CALVIN DAIK, III, ARCHIE FAYE, MORGAN FLETCHER, LARRY GUELDNER